**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joseph M. Meza, <br> Plaintiff, <br> v. <br> Joseph M. Arpaio, et al., <br> Defendants. | CV-06-2909-PHX-SMM (JI) <br><br> **WITHDRAWAL OF REFERENCE** |

It appearing to the court that the Defendants' Motion to Dismiss, filed October 18, 2007 (#38) is now ready for the court's consideration,

**IT IS THEREFORE ORDERED** that the reference of this case to the magistrate judge is withdrawn as to Defendants' Motion to Dismiss, filed October 18, 2007 (#38).

All other matters in this action shall remain with the magistrate judge for disposition as appropriate.

DATED this 8th day of November, 2007.

Stephen M. McNamee
United States District Judge

- 1 -