**WO**

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| **Joseph M. Meza,** Plaintiff -vs- **Joseph M. Arpaio, et al.,** Defendants | CV-06-2909-PHX-SMM (JRI) **ORDER** |

It appearing to the Court that this matter is now ready for the Court's consideration,

**IT IS ORDERED** that the reference of this case to the magistrate judge is withdrawn subject to the further order of the Court.

DATED this 14th day of May, 2008.

Stephen M. McNamee
United States District Judge