**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Joseph M. Meza, | ) | No. CV 06-2909-PHX-SMM (JRI) |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Joseph M. Arpaio, et al., | ) | |
| Defendants. | ) | |

The matter now ready for the Court's consideration and the reference of this case to the magistrate judge withdrawn,

**IT IS HEREBY ORDERED** setting a Status Hearing before the Honorable Stephen M. McNamee for **Tuesday, November 18, 2008 at 9:30 a.m.** in Courtroom 605 at 401 W. Washington Street in Phoenix, Arizona.

**IT IS FURTHER ORDERED** that the parties shall keep the Court apprised of the possibility of settlement and should settlement be reached, the parties shall file a Notice of Settlement with the Clerk of the Court.

DATED this 29th day of October, 2008.

Stephen M. McNamee
United States District Judge